ROSHAN D. SHAH, ESQ.
**SCARINCI & HOLLENBECK, LLC**
**ATTORNEYS AT LAW**
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790
Telephone: (201) 896-4100
Facsimile: (201) 896-8660
*Attorneys for Defendant West New York Board of Education*
Our File No.: 13483.5300

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| GISELA RAMIREZ-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WEST NEW YORK BOARD OF EDUCATION AND JOHN/JANE DOES A THROUGH D,<br><br>Defendants. | Hon. John Michael Vazquez, U.S.D.J.<br><br>Civil Action No. 18-17081 (JMV-MF) |

Plaintiff Gisela Ramirez-Rodriguez, by and through her attorney, and Defendant West New York Board of Education, by and through its attorneys, hereby consent to vacating the default entered and permitting the West New York Board of Education until March 11, 2019, to file its responsive pleading in this matter.

*/s/ John T. Herbert*
John T. Herbert, Esq.
Herbert Law Group
96 Engle Street
Englewood, NJ

*/s/Roshan D. Shah*
Roshan D. Shah, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071

IT IS SO ORDERED.

Hon. Mark Falk, U.S.M.J.

# The Clerk is requested to terminate, as moot, the motion for default judgment appearing at Docket Entry 6.