# THE MARK LAW FIRM, LLC

**www.NewJerseyAttorneys.com**

---

Jamison M. Mark, Esq.ᵛ△
Michael D. Russo IV, Esq.
Sean T. Govlick, Esq.ᵛ
Kristofer P. Guldner, Esq.ᵛ
Jordan B. Dascal, Esq.  ᵛ†‡
Michael D. Russo, III, Esq. ᵛ†

ᵛNew Jersey Bar
‡New York Bar
△North Carolina Bar
†Of counsel

**Main Office**
675 Morris Avenue, Suite 300
Springfield, New Jersey 07081
973-845-6606 (Main)

July 19, 2023

**Via ECF ONLY**
The Honorable Andre M. Espinosa, USMJ
United States District Court, Newark
Martin Luther King Jr, Fed. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **RE*:*    Ramirez Rodriguez v. West New York Board of Ed., et al.**
> **Civil Action No. 18-cv-17081(JMV-MF)**
> **File No. JMM-E1374.21**

Dear Judge Espinosa:

As Your Honor is aware, we represent Gisela Ramirez-Rodriguez.  As Your Honor might recall, the parties agreed to mediate the matter with Court appointed mediator Margarita Echevarria, Esq.   In an update to the Court, the parties will commence with day 2 of the mediation on August 28, 2023.

Should Your Honor wish to discuss, please do not hesitate to contact us and I will happily set up a conference call dial in.

As previously ordered, within five days of the conclusion of mediation, the parties shall file a joint letter advising whether they have reached a settlement and, if the matter is not resolved, requesting that the Court schedule a status conference and proposing a filing deadline for dispositive motions.

**SO ORDERED** on this 20th day of July, 2023.

Respectfully Submitted,
**THE MARK LAW FIRM**

**JAMISON M. MARK, ESQ.**
jmark@newjerseyattorneys.com

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

JMM/dmc
cc:  Counsel (ECF)
      Client (email only)

---

\*\* By Appointment Only

**130 Bloomfield Avenue, Unit 3**
**Hoboken New Jersey 07030**
**201-787-9406\*\***