# THE MARK LAW FIRM, LLC

www.NewJerseyAttorneys.com

---

Jamison M. Mark, Esq.\*∆
Michael D. Russo IV, Esq.\*
Kristofer P. Guldner, Esq. \*
Lora B. Glick, Esq.\*
Jordan B. Dascal, Esq.\*†‡
Michael D. Russo, III, Esq.\*†

\*New Jersey Bar
‡New York Bar
∆North Carolina Bar
†Of counsel

**Main Office**
675 Morris Avenue, Suite 300
Springfield, New Jersey 07081
973.845.6606 (Main)
973-232-5744 (Direct)

October 11, 2023

**VIA ECF**
The Honorable Andre M. Espinosa, USMJ
United States District Court, Newark
Martin Luther King Jr. Fed. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   RE: **Ramirez Rodriguez v. West New York Board of Ed., et al.**
      **Civil Action No. 18-cv-17081**
      **Our File No: JMM-E1374.21**

Dear Judge Espinosa,

  Per Your Honor's October 10, 2023 text order, please accept the following update as to mediation in this matter.

  On October 10, 2023 the parties met for day 2 of the mediation with Court appointed mediator Margarita Echevarria. The parties made some progress during the two days but were unable to resolve this matter.

  Thank you for your courtesies in this regard.

          Respectfully submitted,
          **THE MARK LAW FIRM, LLC**

          *[signature]*

          **JAMISON M. MARK, ESQ.**
          jmark@newjerseyattorneys.com

JMM/dmc

---