UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GISELA RAMIREZ-RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> WEST NEW YORK BOARD OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 18-17081-EP-AME <br><br> ORDER |

The Court having held a status conference in this matter on October 26, 2023; and

**IT APPEARING** that discovery is complete; and it further

**APPEARING** that the parties have failed to reach a negotiated resolution of this action, despite engaging in a settlement conference with the Court and in the District's Mediation Program; and it further

**APPEARING** that this action is ready to proceed to summary judgment motions; and it further

**APPEARING** that the Court adopts the briefing scheduled proposed by the parties but instructs the parties to defer filing until the motion is fully briefed; therefore,

**IT IS** on this 29th day of November, 2023,

**ORDERED** that the parties shall exchange and serve their briefs and other documents in connection with any contemplated motion(s) for summary judgment as follows:

- Motion(s) to be served no later than February 12, 2024;
- Opposition to be served no later than March 1, 2024;
- Reply to be served no later than March 11, 2024;

and it is further

**ORDERED** that the motion(s) briefed according to the foregoing schedule shall not be filed on the docket until briefing is complete; and it is further

**ORDERED** that, on March 15, 2024 the moving party shall file its motion for summary judgment and all papers in support thereof on CM/ECF; and it is further

**ORDERED** that within three days thereafter, and no later than March 18, 2024, the opposing party shall file its opposition papers on CM/ECF; and it is further

**ORDERED** that within three days thereafter, and no later than March 21, 2024, the moving party shall file its reply on CM/ECF; and it is further

**ORDERED** that within five days of a decision on the summary judgment motion(s), the parties shall file a joint letter requesting a status conference, in the event the action proceeds; and it is further

**ORDERED** that the Clerk of Court shall restore this action to the active docket.

                        */s/ André M. Espinosa*
                        ANDRÉ M. ESPINOSA
                        United States Magistrate Judge